IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JOSHUA ERICKSON,<br><br>                Plaintiff,<br><br>v.<br><br>UTAH STATE LEGISLATURE, UTAH ATTORNEY GENERAL, and UTAH STATE JUDICIARY,<br><br>                Defendants. | ORDER ADOPTING REPORT AND RECOMMENDATION<br><br><br>Case No. 1:24-cv-00048-JNP-JCB<br><br>Judge Jill N. Parrish |

      Magistrate Judge Jared C. Bennett issued a Report and Recommendation that the court dismiss plaintiff Joshua Erickson's action. Judge Bennett notified Erickson that a failure to file a timely objection to the recommendation could waive any objections to it. No objection was filed within the allotted time.

      Because no party objected to the Report and Recommendation, any argument that it was in error has been waived. *See United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1060 (10th Cir. 1996). The court will decline to apply the waiver rule only if "the interests of justice so dictate." *Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991). In determining whether the interests of justice require an exception to the waiver rule, the Tenth Circuit has "considered factors such as 'a *pro se* litigant's effort to comply, the force and plausibility of the explanation for his failure to comply, and the importance of the issues raised.'" *Duffield v. Jackson*, 545 F.3d 1234, 1238 (10th Cir. 2008). In this case, there is no indication that the interests of justice require it to deviate from the waiver rule. Thus, the court finds that all objections are waived and ADOPTS IN FULL the Report and Recommendation.

      The court ORDERS as follows:

1. The Report and Recommendation, ECF No. 10, is ADOPTED IN FULL.

2. The court DISMISSES this action. Erickson's claims against the defendants for money damages and declaratory relief for past actions are dismissed without prejudice. Erickson's official-capacity claim against the Utah Attorney General for prospective relief for alleged violations of his Sixth Amendment right to an impartial jury is also dismissed without prejudice. Erickson's official-capacity claim against the Utah Attorney General for prospective relief for alleged violations of his Fifth Amendment right to due process is dismissed with prejudice.

DATED October 21, 2025.

BY THE COURT:

_____
JILL N. PARRISH
United States District Judge